F I L E D
Clerk
District Court

JUN 22 2017

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| Ladringan, Arlene F., | Case No. 1:17-cv-0001 |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| Mirage Corporation, Kondo, Suichi, Kondo, Lili, Lei Ishei and Does 1-10, | |
| Defendants. | |

Pursuant to the stipulated request by the Parties (ECF 7), and for good cause shown, the above-captioned matter is hereby dismissed with prejudice.  This Court shall retain jurisdiction for the purposes of enforcement of the settlement agreement between the parties should it be necessary.

So Ordered this 22nd day of June, 2017.

_____
Hon. Ramona V. Manglona
Chief Judge